**Dismissed and Memorandum Opinion filed June 26, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00637-CV

---

### EDWARD MAYO, Appellant

### V.

### FIVE STAR MERCHANT SERVICES, INC., Appellee

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2011-26253**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 24, 2013. Appellant filed a timely motion for new trial. The clerk's record was filed September 18, 2013. The court reporter for the 11th District Court notified this court that no record was made of the proceedings below. Accordingly, appellant's brief was originally due October 18, 2013.

On November 5, 2013, we granted appellant's motion to abate the appeal so that the parties could continue settlement negotiations. On December 31, 2013, the

appeal was reinstated and appellant's request for an extension of time to file his brief was granted. On the agreed motion of the parties, the court again abated the appeal for continued settlement negotiations on January 23, 2014. On April 1, 2014, the appeal was reinstated, and appellant was ordered to file his brief on or before May 1, 2014.

Appellant did not file a brief or a motion for extension of time to file his brief. Accordingly, on May 13, 2014, this court ordered appellant to file his brief on or before June 2, 2014, and advised appellant that if he failed to file his brief as ordered, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.